The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUMA SE and PUMA NORTH AMERICA INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS SPORTS, INC., <br><br> Defendant. | CASE NO. 2:24-cv-00940-JLR <br><br> [~~PROPOSED~~] <br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: July 26, 2024 |

Pursuant to Local Rule 7(j), Defendant Brooks Sports, Inc. hereby files this Unopposed Motion for Relief from the Deadline to Respond to Plaintiffs' Complaint, and to extend Defendant's deadline from July 29, 2024 to September 5, 2024 and as good cause states as follows:

1. On June 27, 2024, Plaintiffs filed a Complaint asserting nine counts against Defendant, involving nine separate patents and five accused products;

2. On July 8, 2024, Plaintiffs served Defendant;

3. Defendant's deadline to respond to Plaintiffs' Complaint is currently July 29, 2024;

4. Given the number of counts, patents, and accused products involved, Defendant respectfully requests an extension to September 5, 2024 to investigate and respond;

5. Plaintiffs do not oppose this Motion or the relief sought herein.

6. Such relief will not affect any other deadlines or prejudice either party.

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

15195412v.1

For the foregoing reasons, Defendant respectfully requests that the Court grant its Motion for Relief from Deadlines.

DATED this 26th day of July, 2024.

*I certify that this memorandum contains 153 words, in compliance with the Local Civil Rules.*

SUMMIT LAW GROUP, PLLC

By *s/ Hathaway Burden*
Hathaway Burden, WSBA #52970
Diana Siri Breaux, WSBA #46112
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
(206) 676-7000
dianab@summitlaw.com
hathawayb@summitlaw.com

*Attorneys for Defendant Brooks Sports, Inc.*

PATTERSON BELKNAP WEBB &
TYLER LLP

By *s/ Aron R. Fischer*
Geoffrey Potter*
Aron R. Fischer *
Lachlan S. Campbell-Verduyn*
Collin Y. Hong*
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
gpotter@pbwt.com
afischer@pbwt.com
lcampbellverduyn@pbwt.com
chong@pbwt.com

**pro hac vice* forthcoming

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

15195412v.1

**[PROPOSED] ORDER**

This matter came before the Court upon the foregoing Motion, and the Court, being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Court grants Defendant's Unopposed Motion for Relief from Deadlines. Defendant's deadline to respond to the complaint is September 5, 2024.

IT IS SO **ORDERED** this 26th day of July, 2024.

_____
The Honorable James L. Robart
United States District Judge

Respectfully submitted:

SUMMIT LAW GROUP, PLLC

By *s/ Hathaway Burden*
  Hathaway Burden, WSBA #52970
  Diana Siri Breaux, WSBA #46112
  315 Fifth Avenue S, Suite 1000
  Seattle, WA 98104
  (206) 676-7000
  dianab@summitlaw.com
  hathawayb@summitlaw.com

*Attorneys for Defendant Brooks Sports, Inc.*

PATTERSON BELKNAP WEBB &
TYLER LLP

UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

15195412v.1

1    By *s/ Aron R. Fischer*
        Geoffrey Potter*
2       Aron R. Fischer *
        Lachlan S. Campbell-Verduyn*
3       Collin Y. Hong*
        1133 Avenue of the Americas
4       New York, New York 10036
        (212) 336-2000
5       gpotter@pbwt.com
        afischer@pbwt.com
6       lcampbellverduyn@pbwt.com
        chong@pbwt.com
7
8    **pro hac vice* forthcoming

UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

15195412v.1