The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PUMA SE and PUMA North America Inc.,

　　　　Plaintiffs,

　　v.

Brooks Sports, Inc.,

　　　　Defendant.

Case No. 2:24-cv-00940-JLR

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Noted for Consideration on:
November 5, 2024

On November 5, 2024, the Court received Plaintiffs PUMA SE and PUMA North America, Inc.'s (collectively, "PUMA") Unopposed Motion for Leave to File an Amended Complaint. Upon consideration of the Unopposed Motion and associated materials, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that PUMA shall file its Amended Complaint within five (5) days of the date of this Order.

SO ORDERED this __6th__ day of __November__, 2024.

_____
The Honorable James L. Robart
United States District Judge

PRESENTED BY:
QUARLES & BRADY LLP
411 E. Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202
414-277-5000