The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUMA SE and PUMA NORTH AMERICA INC., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS SPORTS, INC., <br><br> Defendant. | CASE NO. 2:24-cv-00940-JLR <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER** <br><br> NOTE ON MOTION CALENDAR: November 19, 2024 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16(b)(6) of this Court, Plaintiffs and Defendant (the "Parties") hereby file this Stipulated Motion to Modify the Scheduling Order, Dkt. 34, and as good cause state as follows:

1. On June 27, 2024, Plaintiffs filed a Complaint in this Court asserting nine patent infringement counts against Defendant, involving nine patents and five accused products. Dkt. 1. The Complaint identified one claim per patent, for a total of nine allegedly infringed claims identified in the Complaint.

2. On September 5, 2024, Defendant filed its answer and counterclaims. Dkt. 30.

3. On October 18, 2024, the Court entered a Scheduling Order, which included, as relevant here, the following dates:

- Disclosure of asserted claims and infringement contentions: November 4, 2024
- Non−infringement and invalidity contentions: December 2, 2024

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

- Proposed terms for construction: December 23, 2024
- Preliminary claim constructions and extrinsic evidence deadline: January 21, 2025

4. On November 4, 2024, Plaintiffs served Defendants with their Disclosure of asserted claims and infringement contentions. Plaintiffs thereby disclosed their intent to assert 93 claims against Defendant.

5. On November 5, 2024, Plaintiffs sought leave, with Defendant's assent, to file an Amended Complaint, Dkt. 37, which this Court granted, Dkt. 38. Plaintiffs subsequently filed their Amended Complaint on November 8, 2024, Dkt. 39. The Amended Complaint asserted an additional patent against Defendant. *See id.*

6. In light of the Amended Complaint, the Parties agreed that Plaintiffs would serve supplemental infringement contentions that addressed the newly asserted patent on November 14, 2024.

7. Plaintiffs served their supplemental infringement contentions on November 14, 2024, which asserted an additional 18 claims of the newly added patent.

8. Accordingly, given the need for Defendants to consider and respond to these additional claims, and the need for the Parties to propose terms for claim construction on these additional claims, the Parties hereby propose the following modifications to the Court's Scheduling Order:

| Event | Current Date | Proposed Date |
|---|---|---|
| Substantial completion of document production as required by Local Patent Rule 122 | N/A | December 19 by 5 p.m. CST |
| Non-infringement and invalidity contentions | December 2 | December 20 |
| Proposed terms for construction | December 23 | January 14 |
| Preliminary claim constructions and extrinsic evidence deadline | January 21 | February 4 |

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

1        9.    Such a modification will not disturb any other deadlines set forth by the Court's Scheduling Order, including the schedule for claim construction.

      For the foregoing reasons, the Parties jointly request that this Court grant this stipulated motion and enter a Revised Scheduling Order as requested above.

STIPULATED MOTION AND [PROPOSED] ORDER TO
MODIFY THE SCHEDULING ORDER
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

DATED this 19th day of November, 2024.

WE CERTIFY THAT THIS MEMORANDUM CONTAINS 420 WORDS, IN COMPLIANCE WITH THE LOCAL CIVIL RULES.

**LOWE GRAHAM JONES PLLC**

By: *s/Mark P. Walters (with permission)*
    Mark P. Walters
    1325 Fourth Avenue, Suite 1130
    Seattle, WA 98101
    walters@lowegrahamjones.com
    Tel: 206-381-3300

**QUARLES & BRADY LLP**

By *s/Michael T. Piery (with permission)*
    Johanna M. Wilbert (*pro hac vice*)
    Michael T. Piery (*pro hac vice*)
    411 East Wisconsin Ave., Suite 1400
    Milwaukee, WI 53202
    johanna.wilbert@quarles.com
    michael.piery@quarles.com
    Tel: 414-277-5000

    Matthew C. Holohan (*pro hac vice*)
    Kent Dallow (*pro hac vice*)
    QUARLES & BRADY LLP
    8210 Southpark Terrace
    Littleton, CO 80120
    matthew.holohan@quarles.com
    kent.dallow@quarles.com
    Tel: 303-268-0066

*Attorneys for Plaintiffs*
*PUMA SE and PUMA North America Inc*

**SUMMIT LAW GROUP, PLLC**

By *s/ Hathaway Burden*
    Diana Siri Breaux, WSBA #46112
    Hathaway Burden, WSBA #52970
    315 Fifth Avenue S, Suite 1000
    Seattle, WA 98104
    (206) 676-7000
    dianab@summitlaw.com
    hathawayb@summitlaw.com

**PATTERSON BELKNAP WEBB & TYLER LLP**

By *s/ Joshua M. Goldman*
    Aron R. Fischer (*pro hac vice*)
    Lachlan S. Campbell-Verduyn (*pro hac vice*)
    Jay Cho (*pro hac vice*)
    Joshua M. Goldman (*pro hac vice*)
    Collin Hong (*pro hac vice*)
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 336-2000
    afischer@pbwt.com
    lcampbellverduyn@pbwt.com
    jcho@pbwt.com
    jgoldman@pbwt.com
    chong@pbwt.com

*Attorneys for Defendant*
*Brooks Sports, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

**ORDER**

This matter came before the Court upon the foregoing Motion, and the Court, being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED:

The Court grants the Parties Stipulated Motion to Modify the Scheduling Order. The Court modifies the schedule as follows:

| Event | Current Date | ~~Proposed~~ New Date |
|---|---|---|
| Substantial completion of document production as required by Local Patent Rule 122 | N/A | December 19 by 5 p.m. CST |
| Non-infringement and invalidity contentions | December 2 | December 20 |
| Proposed terms for construction | December 23 | January 14 |
| Preliminary claim constructions and extrinsic evidence deadline | January 21 | February 4 |

IT IS SO **ORDERED** this 20th day of November, 2024.

_____
The Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

Presented by:

| | |
|---|---|
| **LOWE GRAHAM JONES PLLC** | **SUMMIT LAW GROUP, PLLC** |
| By: *s/Mark P. Walters (with permission)* | By *s/ Hathaway Burden* |
|    Mark P. Walters |    Diana Siri Breaux, WSBA #46112 |
|    1325 Fourth Avenue, Suite 1130 |    Hathaway Burden, WSBA #52970 |
|    Seattle, WA 98101 |    315 Fifth Avenue S, Suite 1000 |
|    walters@lowegrahamjones.com |    Seattle, WA 98104 |
|    Tel: 206-381-3300 |    (206) 676-7000 |
| |    dianab@summitlaw.com |
| **QUARLES & BRADY LLP** |    hathawayb@summitlaw.com |
| By *s/Michael T. Piery (with permission)* | **PATTERSON BELKNAP WEBB & TYLER LLP** |
|    Johanna M. Wilbert (*pro hac vice*) | |
|    Michael T. Piery (*pro hac vice*) | By *s/ Joshua M. Goldman* |
|    411 East Wisconsin Ave., Suite 1400 |    Aron R. Fischer (*pro hac vice*) |
|    Milwaukee, WI 53202 |    Lachlan S. Campbell-Verduyn (*pro hac vice*) |
|    johanna.wilbert@quarles.com |    Jay Cho (*pro hac vice*) |
|    michael.piery@quarles.com |    Joshua M. Goldman (*pro hac vice*) |
|    Tel: 414-277-5000 |    Collin Hong (*pro hac vice*) |
| |    1133 Avenue of the Americas |
|    Matthew C. Holohan (*pro hac vice*) |    New York, New York 10036 |
|    Kent Dallow (*pro hac vice*) |    (212) 336-2000 |
|    QUARLES & BRADY LLP |    afischer@pbwt.com |
|    8210 Southpark Terrace |    lcampbellverduyn@pbwt.com |
|    Littleton, CO 80120 |    jcho@pbwt.com |
|    matthew.holohan@quarles.com |    jgoldman@pbwt.com |
|    kent.dallow@quarles.com |    chong@pbwt.com |
|    Tel: 303-268-0066 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *PUMA SE and PUMA North America Inc* | *Brooks Sports, Inc.* |

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER
CASE NO. 2:24-CV-00940-JLR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001